FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 FEB 18 AM 11: 33

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
849 W. Hill Field Road, #202
Layton, Utah 84041
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| ROBERT LEGGETT<br>ROMA A. LEGGETT,<br>   Debtor(s) | Bankruptcy No. 08-29007<br>(Chapter 7) <br>Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   ___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
|  | Wells Fargo Bank N.A.<br>2nd Floor<br>13675 Technology Dr. Bldg. C<br>Eden Prairie, MN 55344-2252 | $0.91 |

A check in the amount of $0.91 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: February 2, 2010

                                                DAVID L. MILLER
                                                Chapter 7 Trustee